# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Alliance Pipeline, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| 2.679 Acres of Land, More or Less in the | ) | |
| N/2NW/4 Section 24, Township 158 | ) | |
| North Range 94W, Mountrail County, | ) | |
| North Dakota, et. al., | ) | |
| | ) | Case No.: 4:12-cv-137 |
| Defendants. | ) | |

On October 6, 2016, plaintiff filed a request for a scheduling conference. It advises that it has resolves all of its claims save those that pertain to one tract of land owned by Shane Jorgenson, one tracts of land owned by Richard Jorgenson, and two tracts of land owned by Richard and Brenda Jorgenson. It requests the court conduct a Rule 26(b)(1)(B) scheduling conference.

The court **GRANTS** plaintiff's motion (Docket No. 14). The court shall conduct a scheduling/status conference with the remaining parties by telephone at 10:00 a.m. on November 3, 2016. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge