# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Alliance Pipeline L.P., ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| 2.679 Acres of Land, More or Less in the ) | |
| N/2NW/4 of Section 24, Township 158 ) | |
| North Range 94 W, Mountrail County, ) | |
| North Dakota, et. al., ) | |
| ) | Case No. 4:12-cv-137 |
| Defendants. ) | |

Before the court is a motion for attorney Drew R. Ball to appear *pro hac vice* on behalf of Defendants Brenda and Richard Jorgenson, Shane Jorgenson, and Laura and Andrew Huseby. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Drew R. Ball has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 48) is **GRANTED**. Attorney Drew R. Ball is admitted to practice before this court in the above-entitled action on behalf of Defendants Brenda and Richard Jorgenson, Shane Jorgenson, and Laura and Andrew Huseby.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge